IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA ARMENDO, et al., | ) |
| Plaintiffs, | ) ) ) ) Civil Action No.: 04-12494-DPW |
| vs. | ) ) |
| SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, et al., | ) ) CORPORATE DISCLOSURE ) STATEMENT OF SMITHKLINE ) BEECHAM CORPORATION d/b/a |
| Defendants. | ) GLAXOSMITHKLINE |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), makes the following Corporate Disclosure Statement:

1. **Identify Any Parent Corporation**

SmithKline Beecham Corporation, which does business under the name of GlaxoSmithKline, is owned, through several levels of wholly owned subsidiaries, by GlaxoSmithKline plc, a publicly held English limited company.

2. **Identify Any Publicly Held Company That Owns 10% or More of the Party's Stock**

GlaxoSmithKline plc is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully submitted,

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

By its attorneys,


_____
Ralph T. Lepore, III (BBO# 294420)
Deborah E. Barnard (BBO# 550654)
Elizabeth M. Mitchell (BBO# 638146)
HOLLAND & KNIGHT
10 St. James Avenue
Boston, Massachusetts 02116
Telephone.: (617) 523-2700
Facsimile: (617) 523-6850

Date: December 21, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2004, a true and correct copy of the forgoing was served upon the following by postage prepaid, U.S. Mail:

Tom G. Shapiro
Theodore M. Hess-Mahan
Todd S. Heyman
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

Kevin Yourman
Jennifer R. Liakos
Angela S. Rupert
Yourman, Alexander & Parekh
3601 Aviation Blvd. Suite 3000
Manhattan Beach, CA 90266

Christopher L. Coffin
Patrick W. Pendley
Pendley Law Firm
P.O. Drawer 71
Palquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398

Karen Menzies
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3222
Fax: (310) 820-7444

Donald J. Farber
Law Office of Donald J. Farber
7 Mt. Lassen Dr., Suite D-122
San Rafael, CA 94903
Tel: (415) 472-7181
Fax: (415) 472-7182

ATTORNEYS FOR PLAINTIFFS

_____
Elizabeth M. Mitchell
Attorney for SmithKline Beecham
Corporation d/b/a GlaxoSmithKline