IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA ARMENDO, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SMITHKLINE BEECHAM )<br>CORPORATION D/B/A )<br>GLAXOSMITHKLINE, et al., )<br>)<br>Defendants. ) | Civil Action No.: 04-12494-DPW<br><br>ASSENTED TO MOTION TO STAY<br>OF SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE |

With the assent of the plaintiffs, Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") respectfully submits this motion to stay all proceedings in light of the probability that this case will be transferred to the United States District Court for the Central District of California for coordination or consolidation of pretrial proceedings in *In re Paxil Products Liability Litigation* (MDL Docket No. 1574).

In support of this motion, GSK relies upon its memorandum of law in support thereof, the exhibits attached to its memorandum, and all matters of record. GSK also attaches hereto, for the Court's convenience, a proposed Order granting this motion.

Pursuant to Local Rule 7.1, counsel for GSK certifies that they contacted plaintiffs' counsel to attempt to resolve and/or narrow the issues raised in this motion and accompanying memorandum and state that plaintiffs have assented to the filing of the motion.

Respectfully submitted,

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

By its attorneys,

*/s/ Elizabeth M. Mitchell*
Ralph T. Lepore, III (BBO# 294420)
Deborah E. Barnard (BBO# 550654)
Elizabeth M. Mitchell (BBO# 638146)
HOLLAND & KNIGHT
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Dated: December 21, 2004.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of December, 2004 to:

Tom G. Shapiro
Theodore M. Hess-Mahan
Todd S. Heyman
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

Kevin Yourman
Jennifer R. Liakos
Angela S. Rupert
Yourman, Alexander & Parekh
3601 Aviation Blvd. Suite 3000
Manhattan Beach, CA 90266

Christopher L. Coffin
Patrick W. Pendley
Pendley Law Firm
P.O. Drawer 71
Palquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398

Karen Menzies
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3222
Fax: (310) 820-7444

Donald J. Farber
Law Office of Donald J. Farber
7 Mt. Lassen Dr., Suite D-122
San Rafael, CA 94903
Tel: (415) 472-7181
Fax: (415) 472-7182

ATTORNEYS FOR PLAINTIFFS

Elizabeth M. Mitchell
Attorney for SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA ARMENDO, et al., )<br>)<br>Plaintiffs, )<br>) Civil Action No.: 04-12494-DPW<br>vs. )<br>)<br>SMITHKLINE BEECHAM )<br>CORPORATION D/B/A )<br>GLAXOSMITHKLINE, et al., )<br>)<br>Defendants. ) | |

## ORDER

WHEREAS, the Judicial Panel for Multidistrict Litigation has transferred similar actions to the Central District of California for Consolidation (*In re Paxil Products Liability Litigation*, MDL Docket No. 1574) pursuant to 28 U.S.C. § 1407; and

WHEREAS, a ruling by the Judicial Panel for Multidistrict Litigation is expected to result in the transfer of all related actions, including the above-captioned action, in the Central District of California for coordination or consolidation of pretrial proceedings;

IT IS HEREBY ORDERED that the above-captioned action shall be stayed pending a ruing by the Judicial Panel for Multidistrict Litigation on the transfer of this action, and consequently, that all deadlines established by the Federal Rules of Procedure and the Local Rules of the United States District Court for the District of Massachusetts shall be suspended pending such ruling. In the event this case is not transferred, all parties hereto shall have thirty (30) days after denial of the transfer to satisfy their obligations under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

This _____ day of _____, 2004

_____
United States District Judge

Prepared for Entry:

_____
Ralph T. Lepore, III (BBO# 294420)
Deborah E. Barnard (BBO# 550654)
Elizabeth M. Mitchell (BBO# 638146)
HOLLAND & KNIGHT
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Attorneys for Defendant SmithKline
Beecham Corporation d/b/a GlaxoSmithKline

# 2479401_v1