

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

February 8, 2005

FILED
IN CLERKS OFFICE
2005 FEB 14 P 3:34
U.S. DISTRICT COURT
DISTRICT OF MA

Clerk, United District Cour
District of D. Massachusetts,

1 COURTHOUSE WAY - SUITE 2300
BOSTON, MA. 02210

SCANNED
DATE: 2/16/05
BY [initials]

Re: MDL 1574    In Re: Paxil Products Liability Litigation

Transfer of your Civil Case No. 1:04-12494

Case Title: Patricia Armendo, et al;   V   SmithKline Beecham Corp.,

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge _____Mariana R. Pfaelzer_____ to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel. We have assigned the following case number to this case: __CV-05-969-MRP(CWx)__. Please include reference to this case number when the case file is sent to this district.

We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By Chris Sawyer
    Deputy Clerk

cc:  All counsel on the attorney service list
     Clerk, MDL Panel

CV-118 (5/00)                LETTER REQUESTING TRANSFER OF MDL CASE TO THIS DISTRICT



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 12 2005

FILED
CLERK'S OFFICE

2005 FEB 14 P 3:47

DOCKET NO. 1574

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DISTRICT OF MASS.

*IN RE PAXIL PRODUCTS LIABILITY LITIGATION*   CV05-969-MRP(cw)

*Patricia Armendo, et al. v. SmithKline Beecham Corp.*, D. Massachusetts, C.A. No. 1:04-12494
*Trudy Brewington, et al. v. SmithKline Beecham Corp., et al.*, D. South Carolina, C.A. No. 3:04-23264

### CONDITIONAL TRANSFER ORDER (CTO-14)

On December 19, 2003, the Panel transferred 11 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 59 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Mariana R. Pfaelzer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Central District of California and assigned to Judge Pfaelzer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 19, 2003, 296 F.Supp.2d 1374 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Mariana R. Pfaelzer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 2 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1574

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PAXIL PRODUCTS LIABILITY LITIGATION

*Patricia Armendo, et al. v. SmithKline Beecham Corp.*, D. Massachusetts, C.A. No. 1:04-12494
*Trudy Brewington, et al. v. SmithKline Beecham Corp., et al.*, D. South Carolina, C.A. No. 3:04-23264

### CONDITIONAL TRANSFER ORDER (CTO-14)

On December 19, 2003, the Panel transferred 11 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 59 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Mariana R. Pfaelzer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Central District of California and assigned to Judge Pfaelzer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 19, 2003, 296 F.Supp.2d 1374 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Mariana R. Pfaelzer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 28, 2005

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: MDL-1574-- In re Paxil Products Liability Litigation

*Patricia Armendo, et al. v. SmithKline Beecham Corp.*, D. Massachusetts, C.A. No. 1:04-12494
*Trudy Brewington, et al. v. SmithKline Beecham Corp., et al.*, D. South Carolina, C.A. No. 3:04-23264

Dear Ms. Carter:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on January 12, 2005. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Attachments

cc: Transferee Judge:    Judge Mariana R. Pfaelzer
    Transferor Judges:   Judge Douglas P. Woodlock, Judge Joseph F. Anderson, Jr.
    Transferor Clerks:   Tony Anastas, Larry W. Propes

JPML Form 38

FILED
CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2005 FEB 14 P 3:47

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

U.S. DISTRICT COURT
DISTRICT OF MASS

Pursuant to the Local Rules Governing Duties of Magistrate Judges, the following Magistrate Judge has been designated to hear discovery motions for this case at the discretion of the assigned District Judge:

| | |
|---|---|
| ☐ Paul L. Abrams (PLAx) | ☐ James W. McMahon (Mcx) |
| ☐ Robert N. Block (RNBx) | ☐ Margaret A. Nagle (MANx) |
| ☐ Rosalyn M. Chapman (RCx) | ☐ Arthur Nakazato (ANx) |
| ☐ Charles F. Eick (Ex) | ☐ Fernando M. Olguin (FMOx) |
| ☐ Marc L. Goldman (MLGx) | ☐ Suzanne H. Segal (SSx) |
| ☐ Stephen J. Hillman (SHx) | ☐ Carolyn Turchin (CTx) |
| ☐ Jeffrey W. Johnson (JWJx) | ☐ Patrick J. Walsh (PJWx) |
| ☐ Victor B. Kenton (VBKx) | ☐ Andrew J. Wistrich (AJWx) |
| ☐ Stephen G. Larson (SGLx) | ☒ Carla M. Woehrle (CWx) |
| ☐ Jennifer T. Lum (JTLx) | ☐ Ralph Zarefsky (RZx) |

Upon the filing of a discovery motion, the motion will be presented to the United States District Judge for consideration and may thereafter be referred to the Magistrate Judge for hearing and determination.

The Magistrate Judge's initials should be used on all documents filed with the Court so that the case number reads as follows:

CV- 05-CV-969-MRP(CWx)

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| ☒ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (11/03)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY